UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 06-CR- 644 (ILG) |
| ) | |
| ALEXANDER DZEDETS, ) | |
| also known as "Sasha ) | |
| Dzedets," ) | |
| _____ ) | |

## SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF REQUEST FOR EXTRADITION

I, Tanya Y. Hill, being duly sworn, depose and state:

1. I am a citizen of the United States of America, residing in Brooklyn, New York. From June 1990 until the present, I have been employed by the United States Department of Justice as an Assistant United States Attorney for the Eastern District of New York in the criminal division.

2. The United States of America is seeking the extradition of **ALEXANDER DZEDETS, also known as "Sasha Dzedets"** in order to stand trial on the charges in the criminal case of United States v. ALEXANDER DZEDETS, also known as "Sasha Dzedets," Docket No. 06-CR-644 (ILG) (Eastern District of New York). On October 27, 2006, I submitted the original Affidavit in Support of Request for Extradition, which is incorporated herein. Exhibit B to the Affidavit was supposed to be the Arrest Warrant, dated September 27, 2006, issued pursuant to the Indictment. After we submitted the Affidavit and the exhibits, we realized that we had inadvertently attached an incorrect warrant.

3. I submit this Supplemental Affidavit in Support of Request for Extradition to correct the mistake made in the original Affidavit, and to submit the correct Arrest Warrant. A certified copy

of the Arrest Warrant issued by Magistrate Judge Steven M. Gold on September 27, 2006, the same day that the indictment was filed, is attached as Exhibit 1.

    4. When I sent the documents to the translation service, I sent the correct arrest warrant. Hence, the arrest warrant included in the Croatian version of this extradition request is the arrest warrant issued on September 27, 2006 which is attached to this affidavit.

Dated: Brooklyn, New York
       November 2, 2006

_____
TANYA Y. HILL
Assistant United States Attorney

Sworn and subscribed to before me,
this 2nd day of November 2006

_____
~~ROBERT M. LEVY~~ KIYO A. MATSUMOTO
United States Magistrate Judge
Eastern District of New York